H. KIMMEL, *Plaintiff in Error*, v. H. LESLIE QUIGG, *Defendant in Error*.

Division B.

Decision Filed February 7, 1927.

A Writ of Error to the Circuit Court for Dade County; A. J. Rose, Judge.

*Price, Price, Neeley & Kehoe*, for Plaintiff in Error;

*J. W. Watson, Jr.*, for Defendant in Error;

*Bart A. Riley*, as amicus curiae.

PER CURIAM.—In this case plaintiff in error was convicted under agreed statment of facts in the Municipal Court of the City of Miami, Florida, of violation of a Municipal Ordinance requiring a license tax of $25.00 per day for each day, or fractional part of a day, that auction sales were conducted or carried on in a place of business.

On being so convicted he sued out writ of *habeas corpus* before the Circuit Judge. On hearing he was remanded to the custody of the Chief of Police of the City of Miami, Florida, for execution of sentence. From this judgment he has brought writ or error to this Court.

Having considered the record, it appears to us that the judgment of the Circuit Judge should be affirmed on authority of the opinion in the case of Gillis *ex rel.* v. Croft,—Fla.—, 109 Sou. 446, and it is so ordered.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J. , concur.